**Order entered September 8, 2021**



**In The**
### Court of Appeals
### Fifth District of Texas at Dallas

**No. 05-20-00379-CV**

**NEWSOM, TERRY & NEWSOM, LLP AND STEVEN K. TERRY,**
**Appellants**

**V.**

**HENRY S. MILLER COMMERCIAL COMPANY, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-01306-G**

**ORDER**

Before the Court is Ben Taylor and Ted B. Lyon & Associates, P.C.'s September 7, 2021 notice of withdrawal as counsel for appellants. We construe the notice as a motion, **GRANT** the motion, and **DIRECT** the Clerk of the Court to remove Mr. Taylor and Ted B. Lyon & Associates, P.C. as appellants' counsel. Gino Rossini and Thompson, Coe, Cousins & Irons, L.L.P. remain as lead counsel for appellants.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE